MILTON DICKER, APPELLANT, v. INDEPENDENT BISCUIT CO., INC., RESPONDENT.

Argued May 23, 1946—Decided September 12, 1946.

For the appellant, *Leo Rosenblum.*

For the respondent, *Walter X. Trumbull.*

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, PARKER, BODINE, PERSKIE, OLIPHANT, WACHENFELD, WELLS, RAFFERTY, DILL, FREUND, McGEEHAN, JJ.  11.

*For reversal*—None.